[No. 39095-3-I.    Division One.    March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY WAYNE BATES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06220-9, Janice Niemi, J., entered July 29, 1996. *Reversed* by unpublished per curiam opinion.


[No. 39101-1-I.    Division One.    March 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY CLINTON VANSICKLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08166-3, Michael Hayden, J., entered July 1, 1996. *Reversed* by unpublished per curiam opinion.


[No. 14763-1-III.    Division Three.    March 4, 1997.]

LAWRENCE HICKMAN, ET AL., *Appellants*, v. WHITMAN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 28322, Richard Miller, J. Pro Tem., entered March 13, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Brown, J.


[No. 15251-1-III.    Division Three.    March 4, 1997.]

PUBLIC SCHOOL EMPLOYEES OF EAST VALLEY, *Appellant*, v. EAST VALLEY SCHOOL DISTRICT NUMBER 90, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-00753-7, Robert N. Hackett, J., entered September 22, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.